PROB 12B
(7/93)

Report Date: September 22, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Moises Henry Flores          Case Number: 2:04CR00050-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 02/14/2005          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and/or Cocaine, 21 U.S.C. § 846          Date Supervision Commenced: 07/30/2008

Original Sentence: Prison - 46 Months; TSR - 60 Months          Date Supervision Expires: 07/29/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to 8 urinalysis tests per month.

### CAUSE

Please find attached a letter from the U.S. Probation Office in the District of Oregon (D/OR). U.S. Probation Officer (USPO) Richard L. Yarington has been supervising the offender since his release from Federal custody on July 30, 2008. USPO Yarington believes this specific condition is needed in order to better supervise the offender and comply with the D/OR drug testing policy. As a result, the offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release" on July 30, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9-22-08

U.S. Probation Officer

Prob 12B
Re: Flores, Moises Henry
September 22, 2008
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

September 30, 2008
Date